# Exhibit A



# Figure Lending LLC

| NMLS ID: 1717824 | Street Address: 15720 Brixham Hill Ave, Suite 300, Charlotte, NC 28277<br>Mailing Address: 650 California Street, Suite 2700, San Francisco, CA 94108 | Phone: 628-210-6930<br>Toll-Free Number: 888-819-6388<br>Fax: 628-236-5829 | Website: www.figure.com<br>Email: dthomas@figure.com |
|---|---|---|---|

| | |
|---|---|
| Other Trade Names : | Figure |
| Prior Other Trade Names : | None |
| Prior Legal Names : | None |
| Sponsored MLOs : | 13 |

| Fiscal Year End: 12/31 | Formed in: Delaware, United States | Date Formed: 01/30/2018 | Stock Symbol: None | Business Structure: Limited Liability Company |
|---|---|---|---|---|

Regulatory Actions  :  Yes

## Branch Locations  (5 Active, 1 Inactive)

## State Licenses/Registrations   (Displaying 95 Active of 97 Total)

| Regulator | Lic/Reg Name | Authorized to Conduct Business | Consumer Complaint |
|---|---|---|---|
| **Alabama** | Consumer Credit License | Yes | **Submit to Regulator** |
| **Alaska** | Mortgage Broker/Lender License | Yes | **Submit to Regulator** |
| **Alaska** | Mortgage Broker/Lender License - Other Trade Name #1 | Yes | **Submit to Regulator** |
| **Arizona** | Collection Agency License | Yes | **Submit to Regulator** |
| **Arizona** | Mortgage Banker License | Yes | **Submit to Regulator** |
| **Arizona** | Mortgage Broker License - Other Trade Name #1 | Yes | **Submit to Regulator** |
| **Arkansas** | Combination Mortgage Banker-Broker-Servicer License | Yes | **Submit to Regulator** |
| **California - DBO** | Finance Lenders Law License | Yes | **Submit to Regulator** |
| **California - DBO** | Residential Mortgage Lending Act License | Yes | **Submit to Regulator** |
| **Colorado** | Mortgage Company Registration | Yes | **Submit to Regulator** |
| **Connecticut** | Mortgage Lender License | Yes | **Submit to Regulator** |
| **Connecticut** | Small Loan Company License | Yes | **Submit to Regulator** |
| **Connecticut** | Student Loan Servicer License | Yes | **Submit to Regulator** |
| **Delaware** | Lender License | Yes | **Submit to Regulator** |
| **District of Columbia** | Money Lender License | Yes | **Submit to Regulator** |
| **District of Columbia** | Mortgage Lender License | Yes | **Submit to Regulator** |
| **District of Columbia** | Student Loan Servicer License | Yes | **Submit to Regulator** |
| **Florida** | Mortgage Lender Servicer License | Yes | **Submit to Regulator** |
| **Georgia** | Mortgage Lender License/Registration | Yes | **Submit to Regulator** |
| **Hawaii** | Mortgage Servicer License | Yes | **Submit to Regulator** |
| **Idaho** | Collection Agency License | Yes | **Submit to Regulator** |
| **Idaho** | Mortgage Broker/Lender License | Yes | **Submit to Regulator** |
| **Idaho** | Regulated Lender License | Yes | **Submit to Regulator** |
| **Illinois** | Consumer Installment Loan License | Yes | **Submit to Regulator** |
| **Illinois** | Residential Mortgage License | Yes | **Submit to Regulator** |
| **Illinois** | Student Loan Servicer License | Yes | **Submit to Regulator** |

| | | | |
|---|---|---|---|
| Indiana-DFI | Mortgage Lending License | Yes | **Submit to Regulator** |
| Iowa | Master Loan Company Registration | Yes | **Submit to Regulator** |
| Iowa | Mortgage Banker License | Yes | **Submit to Regulator** |
| Iowa | Mortgage Banker License - Other Trade Name #2 | Yes | **Submit to Regulator** |
| Kansas | Mortgage Company License | Yes | **Submit to Regulator** |
| Kansas | Supervised Loan License | Yes | **Submit to Regulator** |
| Kentucky | Mortgage Company License | Yes | **Submit to Regulator** |
| Louisiana | Licensed Lender Main Office (In-State and Out-Of-State with Lending Activity) | Yes | **Submit to Regulator** |
| Louisiana | Residential Mortgage Lending License | Yes | **Submit to Regulator** |
| Maine | Student Loan Servicer | Yes | **Submit to Regulator** |
| Maine | Supervised Lender License | Yes | **Submit to Regulator** |
| Maryland | Consumer Loan License | Yes | **Submit to Regulator** |
| Maryland | Installment Loan License | Yes | **Submit to Regulator** |
| Maryland | Mortgage Lender License | Yes | **Submit to Regulator** |
| Massachusetts | Mortgage Lender License | Yes | **Submit to Regulator** |
| Massachusetts | Third Party Loan Servicer Registration | Yes | **Submit to Regulator** |
| Michigan | 1st Mortgage Broker/Lender/Servicer License | Yes | **Submit to Regulator** |
| Michigan | 2nd Mortgage Broker/Lender/Servicer Registrant | Yes | **Submit to Regulator** |
| Michigan | Regulatory Loan License | Yes | **Submit to Regulator** |
| Minnesota | Regulated Loan Company License | Yes | **Submit to Regulator** |
| Minnesota | Residential Mortgage Originator License | Yes | **Submit to Regulator** |
| Minnesota | Residential Mortgage Originator License Other Trade Name #1 | Yes | **Submit to Regulator** |
| Mississippi | Mortgage Lender License | Yes | **Submit to Regulator** |
| Missouri | Mortgage Company License | Yes | **Submit to Regulator** |
| Montana | Consumer Loan License | Yes | **Submit to Regulator** |
| Montana | Mortgage Lender License | Yes | **Submit to Regulator** |
| Montana | Mortgage Servicer License | Yes | **Submit to Regulator** |
| Nebraska | Mortgage Banker License | Yes | **Submit to Regulator** |
| Nevada | Mortgage Company License | Yes | **Submit to Regulator** |
| Nevada | Supplemental Mortgage Servicer License | Yes | **Submit to Regulator** |
| New Hampshire | Mortgage Banker License | Yes | **Submit to Regulator** |
| New Jersey | Residential Mortgage Lender License | Yes | **Submit to Regulator** |
| New Jersey | RMLA-Licensed Mortgage Servicer Registration | Yes | **Submit to Regulator** |
| New Mexico | Mortgage Loan Company License | Yes | **Submit to Regulator** |
| North Carolina | Mortgage Lender License | Yes | **Submit to Regulator** |
| North Dakota | Money Broker License | Yes | **Submit to Regulator** |
| Ohio | General Loan Law Certificate of Registration | Yes | **Submit to Regulator** |
| Ohio | Residential Mortgage Lending Act Certificate of Registration | Yes | **Submit to Regulator** |
| Oklahoma | Mortgage Lender License | Yes | **Submit to Regulator** |
| Oklahoma | Mortgage Lender License - Other Trade Name #1 | Yes | **Submit to Regulator** |
| Oregon | Consumer Finance License | Yes | **Submit to Regulator** |
| Oregon | Mortgage Lending License | Yes | **Submit to Regulator** |
| Oregon | Mortgage Servicer License | Yes | **Submit to Regulator** |
| Pennsylvania | Mortgage Lender License | Yes | **Submit to Regulator** |
| Pennsylvania | Mortgage Servicer License | Yes | **Submit to Regulator** |
| Rhode Island | Lender License | Yes | **Submit to Regulator** |
| Rhode Island | Student Loan Servicer Registration | Yes | **Submit to Regulator** |
| Rhode Island | Third Party Loan Servicer License | Yes | **Submit to Regulator** |
| South Carolina-BFI | Mortgage Lender / Servicer License | Yes | **Submit to Regulator** |

| | | | |
|---|---|---|---|
| South Carolina-BFI | Mortgage Lender/Servicer License - Other Trade Name #1 | Yes | Submit to Regulator |
| South Carolina-BFI | Supervised Lender - Company License | Yes | Submit to Regulator |
| South Carolina-BFI | Supervised Lender - Website #1 License | Yes | Submit to Regulator |
| South Dakota | Money Lender License | Yes | Submit to Regulator |
| South Dakota | Mortgage Lender License | Yes | Submit to Regulator |
| Tennessee | Industrial Loan and Thrift Company Registration | Yes | Submit to Regulator |
| Tennessee | Mortgage License | Yes | Submit to Regulator |
| Texas - SML | Mortgage Company License | Yes | Submit to Regulator |
| Texas - SML | Residential Mortgage Loan Servicer Registration | Yes | Submit to Regulator |
| Utah-DFI | Residential First Mortgage Notification | Yes | Submit to Regulator |
| Vermont | Lender License | Yes | Submit to Regulator |
| Vermont | Lender License - Other Trade Name #1 | Yes | Submit to Regulator |
| Vermont | Loan Servicer License | Yes | Submit to Regulator |
| Vermont | Loan Servicer License Other Trade Name #1 | Yes | Submit to Regulator |
| Virginia | Lender License | Yes | Submit to Regulator |
| Washington | Consumer Loan Company License | Yes | Submit to Regulator |
| West Virginia | Mortgage Lender License | Yes | Submit to Regulator |
| Wisconsin | Mortgage Banker License | Yes | Submit to Regulator |
| Wyoming | Mortgage Lender/Broker License | Yes | Submit to Regulator |
| Wyoming | Supervised Lender License | Yes | Submit to Regulator |

### Regulatory Actions

While some state and federal agencies may add actions taken in previous years against a licensee, the majority are adding only new actions from 2012 or later. To view complete information regarding regulatory actions posted by the agency, click any regulator link.

| Regulator | Action Type | Date of Action | Multi-state Action ID | Docket Number | Associated Document(s) |
|---|---|---|---|---|---|
| Florida | Order - Enforcement Action | 08/11/2020 | N/A | 98583 | Final Order |

Information made available through NMLS Consumer Access<sup>SM</sup> is derived from NMLS **(Nationwide Multistate Licensing System / Nationwide Mortgage Licensing System and Registry)**, the financial services industry's online registration and licensing database. NMLS was created by the **Conference of State Bank Supervisors (CSBS)** and the **American Association of Residential Mortgage Regulators (AARMR)** and is owned and operated by the State Regulatory Registry LLC (SRR), a wholly owned subsidiary of CSBS. For more information about the System, please visit the **NMLS Resource Center** or the **NMLS Federal Registry Resource Center** websites. | Download PDF Reader