CO-386
10/2018

# United States District Court
# For the District of Columbia

CONFERENCE OF STATE BANK
SUPERVISORS, INC.
1129 20th Street, N.W., Washington, D.C. 20036

                                    Plaintiff

VS

OFFICE OF THE COMPTROLLER OF THE
CURRENCY and BRIAN BROOKS, ACTING
COMPTROLLER OF THE CURRENCY (see complaint
for addresses)

                                    Defendant

)
)
)
)
)
)
)
)
)
)
)
)

Civil Action No._____

## CERTIFICATE RULE LCvR 26.1

I, the undersigned, counsel of record for __CONFERENCE OF STATE BANK SUPERVISORS, INC.__ certify that to the best of my knowledge and

belief, the following are parent companies, subsidiaries or affiliates of __CONFERENCE OF STATE BANK SUPERVISORS, INC.__ which have

any outstanding securities in the hands of the public:

N/A

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

_/s/ Jennifer Ancona Semko_____
Signature

481119_____
BAR IDENTIFICATION NO.

Jennifer Ancona Semko_____
Print Name

815 Connecticut Avenue, NW_____
Address

Washington, DC 20006_____
City          State          Zip Code

202 835-4250_____
Phone Number