UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|   |   |
|---|---|
| CONFERENCE OF STATE BANK SUPERVISORS, <br><br> Plaintiff, <br><br> v. <br><br> OFFICE OF THE COMPTROLLER OF THE CURRENCY, <br><br> and <br><br> MICHAEL J. HSU, in his official capacity as Acting Comptroller of the Currency, <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) )  Civil Action No. 20-03797(DLF) |

**JOINT STATUS REPORT AND
PLAINTIFF'S UNOPPOSED REQUEST TO MAINTAIN STAY**

Pursuant to this Court's order filed June 16, 2021, Plaintiff Conference of State Bank Supervisors ("CSBS") and Defendants Office of the Comptroller of the Currency ("OCC") and Michael J. Hsu, in his official capacity as Acting Comptroller of the Currency (together with OCC, "Defendants") submit this Joint Status Report.

1. On June 15, 2021, CSBS filed an Unopposed Motion to Stay Litigation while OCC reviewed various regulatory standards and pending actions, including OCC's framework for chartering national banks. ECF No. 15.

2. On June 16, 2021, this Court granted the Unopposed Motion to Stay Litigation and ordered the Parties to file a joint status report on or before September 27, 2021. Minute Order (June 16, 2021).

1

3. The Parties met and conferred on September 8, 2021 and September 21, 2021 regarding the status of OCC's plans with respect to processing applications for uninsured national bank charters, including the Figure Bank, N.A. charter application, as well as the Parties' proposed schedule for the present case.

4. The OCC has not completed its review and is still reviewing various regulatory standards and its framework for chartering national banks and has not acted on the Figure Bank, N.A. charter application.

5. Accordingly, CSBS respectfully requests that the Court maintain the stay of the litigation already in place, and order the Parties to submit an additional status report on January 14, 2022. This stay does not restrict Defendants from considering or acting on the Figure Bank N.A. application.

6. OCC does not oppose maintaining the stay or the proposed January 14, 2022 joint status report.

7. The Parties agree that neither this request, nor OCC's non-opposition thereto, may be used against any Party as evidence as to the Parties' positions concerning standing or the merits of the claims or defenses in this litigation.

Date: September 27, 2021                                    Respectfully submitted,

<u>/s/ Jennifer Ancona Semko</u>
Jennifer Ancona Semko (Bar No. 481119)
Graham Cronogue (Bar No. 1044036)
BAKER & McKENZIE LLP
815 Connecticut Avenue NW
Washington, DC 20006
Tel: +1 202 835-4250
Fax: +1 202 416-7055
jennifer.semko@bakermckenzie.com
graham.cronogue@bakermckenzie.com

<u>/s/ Marsha Stelson Edney</u>
Benjamin W. McDonough (MI Bar No. P65460)
Senior Deputy Comptroller and Chief Counsel
Theodore J. Dowd (DC Bar No. 502332)
Deputy Chief Counsel
Gregory F. Taylor (D.C. Bar No. 4170976)
Director of Litigation
Peter C. Koch (IL Bar No. 6225347)
Assistant Director of Litigation
Marsha Stelson Edney (DC Bar No. 414271)
OFFICE OF THE COMPTROLLER OF THE CURRENCY

and

John Gorman
Margaret Liu
Michael Townsley
CONFERENCE OF STATE BANK
SUPERVISORS, INC.
1129 20th Street, NW
Washington, DC 20036
Tel: +1 202 296-2840
bgorman@csbs.org
mliu@csbs.org
mtownsley@csbs.org

*Attorneys for Plaintiff*

400 7th Street, SW
Washington, D.C. 20219
Tel: +1 202 870-6889
marshasedney@occ.treas.gov
*Attorneys for Defendants*

3